## SECOND DEPARTMENT, FEBRUARY, 1931.

HELEN CLAIRE BLANK, Appellant, v. JAMES J. BROWNE, as Park Commissioner of the Borough of Brooklyn, and HARRY D. SHEA, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JULIUS BLUMBERG, INC., Respondent, v. NATIONAL LAW FORMS, INC., Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

BERTHA BROIDY, Appellant, v. STUYVESANT INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

GEORGE T. CAULFIELD, Respondent, v. JOSEPH WEIL and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for Friday, February 13, 1931 (for which day the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to vacate stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

BENJAMIN CHAJKIEWICZ, Appellant, v. ADOLPH BUTANOWSKI and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

CONTRACTORS TRADING CO., INC., Respondent, v. HENNEY CONTRACTING CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, February 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ISABELLE DEE, Respondent, v. NICHOLAS J. DEE and MARGARET F. DEE, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for Friday, February 13, 1931 (for which day the case is set down), and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the date of this decision; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MILTON GOLDBERG, an Infant, by JOSEPH GOLDBERG, His Guardian ad Litem, Appellant, v. LABOR LYCEUM OF BOROUGH PARK, INC., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MARGARET F. GURRAN, etc., Appellant, v. HICKSON F. HART and Others,